

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-19-00190-CR

Joshua **MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0078
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to Show Cause as to Why the Instant Appeal Should be Construed to be "Timely," is hereby GRANTED. Time is extended to May 1, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court